▆ The People of the State of New York, Respondent, v. Anthony Casale, Appellant.—

Testimony that defendant was sought for questioning in connection with other crimes was received without objection and was, in large part, adduced on cross-examination by defendant's counsel. There was also no objection to testimony that defendant remained silent when questioned as to the crime of bribery alleged in the indictment; nor was any motion made to strike out such testimony. Under such circumstances, and in view of the fact that the proof established beyond a reasonable doubt defendant's guilt of the crime charged, reversal in the interests of justice is not required under section 527 of the Code of Criminal Procedure; the alleged errors should be disregarded pursuant to section 542 of the Code of Criminal Procedure (cf. *People* v. *Robbins,* 278 App. Div. 592, affd. 302 N. Y. 885; *People* v. *Lee,* 4 A D 2d 770, affd. 4 N Y 2d 843; *People* v. *Veld,* 154 App. Div. 752, 756–757). Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

▆ The People of the State of New York, Respondent, v. William D. Crabbe, Appellant.—

No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.